**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:26-cr-00110-RFB-MDC |
| Plaintiff, | |
| v. | **ORDER** |
| STEPHEN A. KROMER, | |
| Defendant. | |

This matter coming on the parties' Stipulation to Continue the Initial Appearance/Arraignment and Plea, the Court having considered the premises therein, and for good cause shown, the Court accepts the Stipulation and **FINDS** as follows.

1.    The Initial Appearance/Arraignment and Plea for this matter is presently set for **June 24, 2026**, **at 2:30 p.m.,** before United States Magistrate Judge Youchah.

2.    The Court accepts the Stipulation of the parties and adopts the facts recounted therein as findings of fact for this Order.

3.    The parties agree that the time within which trial must commence under the Speedy Trial Act does not begin to run until the first appearance by the defendant on the instant Indictment, which has not yet occurred. Title 18, United States Code, Sections 3161(c)(1).

4.    The defendant is not in custody and agrees to the continuance.

4

**IT IS THEREFORE ORDERED:**

1.  The present setting for the Initial Appearance/Arraignment and Plea of **June 24, 2026 at 2:30 p.m.,** before United States Magistrate Judge Youchah shall be and is **VACATED** and **CONTINUED;**

2.  The Initial Appearance/Arraignment and Plea for this matter will commence on _____**July 8**_____, **2026, at** **2:30 p.m.** before United States Magistrate Judge _____Albregts_____, Courtroom _3A_, Lloyd D. George Federal Courthouse, Las Vegas, Nevada**;**

**IT IS SO ORDERED** this _16th_ day of June 2026.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

5